IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:17-CR-154-H-2

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER TO SEAL** |
| | ) | **[DOCKET ENTRY NUMBER 349]** |
| CORTNEY LEMAR PHILLIPS, | ) | |
| | ) | |
| Defendant. | ) | |

Upon Motion of Defendant, it is hereby **ORDERED** that Docket Entry Number 349 be sealed until such time as the Court determines that the aforementioned filing should be unsealed.

**SO ORDERED.** This, 7th day of February, 2019.

_____
Malcolm J. Howard
Senior U.S. District Judge