IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:17-CR-154-D

UNITED STATES OF AMERICA )
)
v. )
) **ORDER**
CORTNEY LEMAR PHILLIPS, )
)
Defendant. )

The United States and probation SHALL respond to defendant's <u>pro</u> <u>se</u> motion for early

termination of supervised release not later than August 28, 2026 [D.E. 549].

SO ORDERED. This 2 2 day of July, 2026.

JAMES C. DEVER III
United States District Judge