IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:17-CR-154-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| CORTNEY LEMAR PHILLIPS, | ) | |
| | ) | |
| Defendant. | ) | |

By letter dated July 21, 2026, Cortney Lemar Phillips ("Phillips" or "defendant") moved for early termination of his supervised release [D.E. 549]. On August 17, 2026, the United States responded in opposition [D.E. 551].

The court has considered Phillips's request under the governing standard. See 18 U.S.C. § 3583(e). Having reviewed the record under the relevant 18 U.S.C. § 3553(a) factors, the court denies Phillips's motion. Phillips was convicted federally of a very serious drug offense and a very serious firearm offense. The drug crime involved a person overdosing and dying. See [D.E. 551] 5. Moreover, Phillips violated his supervision in 2025. See id. at 2–3. The court expects better behavior from those on supervision. In light of defendant's serious criminal behavior, defendant's serious criminal history, and the need to protect the public, the court declines to terminate Phillips's supervision.

In sum, the court DENIES defendant's motion for early termination of supervised release [D.E. 549].

SO ORDERED. This 19 day of August, 2026.

JAMES C. DEVER III
United States District Judge